UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE: DONALD LESLEE AYCOCK             CHAPTER 13
TONYA NINES AYCOCK                      CASE NUMBER: 13-03179-8-RDD

      DEBTORS

MOTION TO AMEND PLAN

NOW COMES the above captioned debtor(s) and shows the court the following:

1. The debtor has filed a Chapter 13 Proceeding.

2. The following circumstances prompt the debtor to propose a change in the plan.

   All of debtor's unsecured creditors did not file claims.

3. The debtor's plan was originally confirmed at $1,850.00 per month for 60 months.

4. The debtor proposes the following plan amendment:

   That the new plan be $1,850.00 per month for 15 months and then $1,775.00 per month (beginning September, 2014) for 45 months.

5. The proposed plan amendment would have the following effect on unsecured creditors:

   The proposed amendment may have an adverse effect on unsecured creditors.

6. That additional attorney fees of $350.00 be allowed to H. Frank Allen and the trustee modify the plan as needed to pay the fees.

WHEREFORE, the debtor moves that he be allowed to amend his Chapter 13 Plan as outlined above.

H. FRANK ALLEN, ATTORNEY AT LAW

_____

H. Frank Allen
NC State Bar No. 6480
PO Box 1258
Tarboro, NC 27886-1258
(252) 641-1800
(252) 641-4075 Fax

We, the undersigned, certify under penalty of perjury that the foregoing Motion To Amend Plan is true and correct to the best of our knowledge, information and belief.

_____
Donald Leslee Aycock

_____
Tonya Nines Aycock

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

IN RE: DONALD LESLEE AYCOCK            **CHAPTER 13**
TONYA NINES AYCOCK                    **CASE NUMBER: 13-03179-8-RDD**

**DEBTORS**

**AMENDED BUDGET**

Husband:                                    Wife:
Employer: City of Rocky Mount               Employer: Vidant Health
Address: PO Box 1180  RMt NC 27802          Address: Po Box 6028 Greenville NC 27835

Circle One: Weekly, ~~Bi-Monthly~~ Bi-weekly, Monthly    Circle One: Weekly, ~~Bi-Monthly~~ Bi-weekly, Monthly
Gross: 1206.18                              Gross: 1882.20
Deductions:                                 Deductions:
Federal Tax        77.57                    Federal Tax    152.45
State Tax          46.00                    State Tax      63.00
FICA               72.32                    FICA           122.56
Retirement         72.34                    Retirement     37.64
Credit Union       0.00                     Credit Union   0.00
Insurance          87.05                    Insurance      348.97
Other:             0.00                     Other:         0.00

Net Pay:           900.90                   Net Pay:       1,157.58

Any Other Income:  None

                                    Total Net Income: $ 4116.96
Estimated future monthly expenses:

1. Rent or Mortgage                                      $ 0.00
2. Utilities
   (ELECTRICITY, WATER, HEAT & TELEPHONE)                $ 475.00
3. Food                                                  $ 700.00
4. Clothing                                              $ 100.00
5. Laundry                                               $ 65.00
6. Books & School Expenses                               $ 75.00
7. Medicines & Drugs                                     $ 120.00
8. Insurance (NOT DEDUCTED FROM WAGES)                   $ 185.00
9. Transportation                                        $ 450.00
10. Recreation                                           $ 150.00

| | | |
|---|---|---|
| 11. Child Care Expenses | $ | 600.00 |
| 12. Dues & Professional Expenses | $ | 0.00 |
| 13. Alimony & Child Support | $ | 0.00 |
| 14. Other Costs for Family Support | $ | 0.00 |
| 15. Taxes | $ | 50.00 |
| 16. Other Misc. Expenses (Doctor Bills) | $ | 140.00 |
| TOTAL EXPENSES: | $ | 3110.00 |
| Difference between Income & Expenses | $ | 1006.96 |
| Amount of Plan Payment to Trustee | $ | 1775.00 |

NUMBER, AGE & RELATIONSHIP OF DEPENDENTS (EXCEPT CURRENT SPOUSE)

1 - 11, son           3 - 2, daughter

2 - 4, daughter

We the undersigned certify the foregoing is true and correct to the best of our information and belief.

_Donald Leslee Aycock_

_Tonya Nines Aycock_

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN THE MATTER OF:

DONALD LESLEE AYCOCK                    CHAPTER 13
TONYA NINES AYCOCK                      CASE NUMBER 13-03179-8-RDD

          DEBTORS

NOTICE OF MOTION
AND
CERTIFICATE OF SERVICE

NOTICE  IS HEREBY GIVEN of the Motion To Amend Plan filed  simultaneously herewith by Herbert Frank Allen in the above captioned case; and

FURTHER  NOTICE IS HEREBY GIVEN that this motion may be allowed  provided no  response  and request for a hearing is made by the  debtors,  trustee  or other  parties  in  interest  in writing to the Clerk  of  this  Court  within 21  days from the date of this notice; and

FURTHER  NOTICE  IS HEREBY GIVEN that if a response and a request  for  a hearing is filed by the debtor(s), trustee, or other parties in interest named herein  in writing within the time indicated, a hearing will be  conducted  on the  motion and response thereto at a date, time and place to be later set  by this  Court  and all interested parties will be notified accordingly.   If  no request  for a hearing is timely filed, the Court may rule on the  motion  and response thereto ex parte without further notice.

This the 22 day of August, 2014.

H. FRANK ALLEN, ATTORNEY AT LAW

_____
H. Frank Allen
N.C. State Bar No: 6480
PO Box 1258
Tarboro, N.C.  27886-1258
(252) 641-1800
(252) 641-4075 fax number

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN THE MATTER OF:

DONALD LESLEE AYCOCK                    CHAPTER 13
TONYA NINES AYCOCK                      CASE NUMBER 13-03179-8-RDD

      DEBTORS

CERTIFICATION OF SERVICE

I, H. Frank Allen, Attorney at Law, 118 E. St. James Street, PO Box 1258, Tarboro, NC 27886-1258 certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 22 day of August, 2014, I served copies of the foregoing motion and notice of motion on the below indicated person(s) along with creditors on the attached mailing matrix at the respective addresses.

Donald Leslee & Tonya Nines Aycock
500 Clover Road
Rocky Mount, NC 27801

Richard M. Stearns
Chapter 13 Trustee
1015 Conference Drive
Greenville, NC 27858

Capital One Bank (USA), N.A.
ATTN: Officer or Managing Agent          CERTIFIED MAIL
PO Box 12907                             RETURNED RECEIPT
Norfolk, VA 23541-0907                   REQUESTED

by depositing a copy thereof, postage prepaid, in the United States Mail addressed to the above listed persons.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____8-22-14_____          _____
              Date                        H. Frank Allen

Label Matrix for local noticing
0417-8
Case 13-03179-8-RDD
Eastern District of North Carolina
Wilson
Wed Aug 20 14:59:09 EDT 2014

H. Frank Allen
P. O. Box 1258
Tarboro, NC 27886-1258

American Education Service
1200 N 7th St
Harrisburg, PA 17102-1419

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK  73126-8941

Donald Leslee Aycock
500 Clover Road
Rocky Mount, NC 27801-8828

Tonya Nines Aycock
500 Clover Road
Rocky Mount, NC 27801-8828

BANK OF AMERICA
7501 Corporate Drive
Plano, TX 75024

BOA/BAC Home Loans
PO Box  5170
Simi Valley, CA 93062-5170

Bank of America, N.A.
7105 Corporate Drive
Plano, TX 75024-4100

(p)BANKRUPTCY ADMINISTRATOR EDNC
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH NC 27601-1888

Daria Anne Barrett
Brock and Scott, PLLC
5121 Parkway Plaza Blvd., Ste. 400
Charlotten, NC 28217-1965

Brock & Scott
5431 Oleander Dr Ste 200
Wilmington, NC 28403-5857

CAPITAL ONE BANK (USA), N.A.
PO Box 12907
Norfolk VA 23541-0907

CAPITAL ONE, NATIONAL ASSOCIATION
15000 Capital One Drive
Glen Allen, VA 23238-1119

Carrington MOrtgage Loan Trust
1610 East Saint Andrew Place, Suite B150
Santa Ana, CA 92705-4931

Carrington Mortgage Services, LLC
1610 East Saint Andrews Place, Ste B150
Santa Ana, CA 92705-4931

Carrington Mortgage Services, LLC servicing
1610 East Andrew Place, Suite B150
Santa Ana, CA 92705

Chase Receivables
1247 Broadway
Sonoma, CA 95476-7503

Childrens Place
PO Box 6497
Sioux Falls, SD 57117-6497

Christiana Trust c/o Selene Finance LP, as S
Selene Finance LP, as Servicer
9990 Richmond Ave., Suite 400S
Houston, TX 77042-8500

Credit One
PO Box 98873
Las Vegas, NV 89193-8873

Enhanced Recovery Co.
8014 Bayberry Road
Jacksonville, FL 32256-7412

Financial Data Systems
1638 Military Cutoff Rd S201
Wilmington, NC 28403-5716

First Premier
BK Dept.
PO Box 5524
Sioux Falls, SD 57117-5524

GEMB/JC Penny
Bk Dept.
PO Box 103104
Roswell, GA 30076-9104

Michelle Ghidotti-Gonsalves
The Law Offices of Michelle Ghidotti
5120 E. La Palma Avenue, Suite 206
Anaheim Hills, CA 92807-2091

HSBC/ Capital One
PO Box 81622
Salinas, CA 93912-1622

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Central.Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346

Jeremy B Wilkins
Substitute Trustee
5431 Oleander Dr S200
Wilmington, NC 28403-5847

| | | |
|---|---|---|
| LGFCU<br>c/o Lori Barnes<br>PO Box 25279<br>Raleigh, NC 27611-5279 | Midland Credit Mgmt<br>8875 Aero Dr S200<br>San Diego, CA 92123-2255 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |
| NC Dept of Revenue<br>OSD Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | National Asset Recovery Serv.<br>PO Box 701<br>Chesterfield, MO 63006-0701 | National Collegiate Trust<br>Po Box 4941<br>Trenton, NJ 08650-4941 |
| PRA Receivables Management LLC<br>P O Box 41067<br>Norfolk, VA 23541-1067 | Physicians East<br>Ins., & Billing<br>PO Box 30620<br>Greenville, NC 27833-0620 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard/ Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | Randall E Nines<br>504 Clover Road<br>Rocky Mount, NC 27801-8828 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791-4437 |
| SCA<br>300 E Arlington Blvd<br>Greenville, NC 27858-5043 | Santander Consumer<br>BK Dept.<br>PO Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer USA<br>Po Box 560284<br>Dallas, TX 75356-0284 |
| Southern Surgical<br>2455 Emerald Dr.<br>Greenville, NC 27834-5785 | Richard M Stearns<br>1015 Conference Drive<br>Greenville, NC 27858-5969 | Matthew Underwood<br>Brock and Scott, PLLC<br>5121 Parkway Plaza Blvd.<br>Charlotte, NC 28217-1965 |
| Vidant Medical Center<br>PO Box 8447<br>Greenville, NC 27835-8447 | WFDS<br>PO Box 29704<br>Phoenix, AZ 85038-9704 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bankruptcy Administrator<br>1760-B Parkwood Blvd.<br>Wilson, NC 27893 | Internal Revenue Service<br>Insolvency Support Services<br>320 Federal Place, Room 335<br>Greensboro, NC 27401 | Portfolio Recovery Associates, LLC.<br>PO Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

End of Label Matrix
Mailable recipients     49
Bypassed recipients      1
Total                   50